**EXHIBIT A**

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:17-MC-508-RJS

Plaintiff:
**Securites and Exchange Commission**

vs.

Defendant:
**Belesis, Anastasios P. "Tommy"**

Received by Cavalier Courier & Process Service to be served on Anthony Varbero, as agent for Anastasios P. "Tommy" Belesis, Law Office of Joseph Mure & Associates, 111 John St, Suite 800, New York, NY 10038.

I, Alvin Gonzalez, do hereby affirm that on the **22nd day of December, 2017 at 11:02 am**, I:

Served Order; Application of the Securities and Exchange Commission for a Judgment Enforcing Compliance with Commission Order; Declaration of Elizabeth Reilly Goody In Support of Request for Issuance of an Order to Show Cause (Local Civil Rule 6.1(d)) with Exhibit 1; Individual Rules and Practices of Judge Richard J. Sullivan personally to Cathryn Doe as receptionist of Anthony Varbero, as agent for Anastasios P. "Tommy" Belesis. Service occurred at 111 John St, Suite 800, New York, NY 10038.

**Additional Information pertaining to this Service:**
Per the instructions defendant Belesis allegedly provided to the doorman at his apartment, I also proceeded to attempt service on Belesis' behalf to Anthony Varbero. Iarrived at 111 John St, Suite 800, New York, NY and found that the Law Office of Joseph Mure & Associates was not located there. However, I was informed that Anthony Varbero nonetheless maintains an individual office at 111 John St, Suite 800. Reception also stated that Mr. Varbero was not currently present.

Ialso spoke with Mr. Varbero by telephone. He alleged that he was not representing defendant Belesis. He further alleged that defendant Belesis was represented by Michael Schwartz. Despite this, I delivered a copy to Cathryn Doe, the receptionist in Mr. Varbero's office.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct. Executed on December 22, 2017.

Alvin Gonzalez
Process Server

Cavalier Courier & Process Service
823-C South King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2017009944
Ref: NYRO-62108