# MICHAEL F. SCHWARTZ

## ATTORNEY AT LAW

40 FULTON STREET, 7TH FLOOR
NEW YORK, NY 10038
TEL: (212) 964-1500
FAX: (212) 385-7933

EMAIL: MFS@MICHAELFSCHWARTZLAW.COM

July 10, 2018

United States District Court
Southern District of New York
Honorable Katherine B. Forrest
500 Pearl Street, Courtroom 18A
New York, NY 10007

    Re: *SEC v. Anastasios Belesis*
       *Case No.: 17-mc 508 (KBF)*

Dear Judge Forrest:

  I am writing to advise the Court that Mr. Belesis has arranged to borrow and is prepared to pay the sum of $308,288.09 representing the balance of the disgorgement and prejudgment interest due Petitioner as provided in the Final Judgment dated January 25, 2018 entered herein. Please confirm that payment thereof will purge Mr. Belesis' civil contempt.

                 Respectfully,

                 Michael F. Schwartz

MFS/ms

cc.: Maureen Peyton King,
   Senior Trial Counsel
   Securities and Exchange Commission
   kingmp@sec.gov